IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLOBAL ENERGY CONSULTANTS, LLC, | : CIVIL ACTION<br>: NO. 08-5827 |
| Plaintiff, | : |
| v. | : |
| HOLTEC INTERNATIONAL, INC., et al, | : |
| Defendants. | : |

## O R D E R

**AND NOW**, this **17th** day of **August, 2011** for the reasons set forth in the Court's accompanying memorandum dated August 17, 2011, it is **ORDERED** that:

1. Plf.'s Motion for Leave to File a Surreply (doc. no. 94) is **GRANTED**.[1]

2. Plf.'s Motion to Dismiss Count II of the Complaint (doc. no. 45) is **GRANTED**.[2]

3. Def.'s Motion for Partial Summary Judgment (doc. no. 56) is **GRANTED**.

4. All other pending summary judgment motions are

---

[1] Plaintiff's Surreply was reviewed in consideration of this Order and accompanying Memorandum.

[2] As a response to Def.'s Motion for Partial Summary Judgment (doc. no. 39), Plaintiff sought to withdraw claims based on an alleged oral contract. Thus, Plaintiff moves to withdraw/dismiss Count II (of the three counts) as it is based on the alleged oral contracts.

**DENIED as moot**: Def.'s Motion for Summary Judgment (doc. no. 33); Def.'s Motion for Partial Summary Judgment (doc. no. 39); Def.'s Motion for Partial Summary Judgment That No Oral Contracts Existed (doc. no. 54)

    5. All pending trial motions are **DENIED as moot**: Plf.'s Motion in Limine (doc. no. 57); Def.'s Motion in Limine to Exclude Evidence of an Oral Contract (doc. no. 69); Def.'s Motion in Limine to Exclude Testimony and Expert Reports (doc. no. 70); Def.'s Motion in Limine to Exclude Opinion Testimony Offered by Plaintiff (doc. no. 71); and Plf.'s Motion for Partial Summary Judgment (doc. no. 58).[3]

    6. The Clerk of the Court shall mark this case as **CLOSED**.

                  **AND IT IS SO ORDERED.**

                          <u>S/Eduardo C. Robreno</u>
                          **EDUARDO C. ROBRENO, J.**

---

[3] This motion is denied for the same reasons that Defendant's Motion for Summary Judgment Def.'s Motion for Partial Summary Judgment (doc. no. 56) is granted.